UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CURTIS,<br><br>        Plaintiff,<br>  v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | CASE NO. C15-5234-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the order of the Ninth Circuit Court of Appeals vacating and remanding the Commissioner's decision (Dkt. No. 19). Pursuant to the order, Commissioner's decision is vacated and this case is REMANDED to the Commissioner for further administrative proceedings consistent with the Ninth Circuit's order. (Dkt. No. 19.) The Clerk is directed to CLOSE this case.

DATED this 12th day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
