THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CURTIS, | CASE NO. C15-5234-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 28).

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits . . . .

42 U.S.C. § 406(b)(1)(A). Plaintiff agreed to pay his attorney 25% of his past-due benefits if his Social Security appeal was successful. (Dkt. No. 28-1.) Plaintiff's appeal was successful, and the total award is $161,720 in past-due benefits. (Dkt. No. 28-2.) In accordance with the fee agreement, Plaintiff asks the Court to authorize a fee of $34,430 to be paid to his attorney. (Dkt. No. 28 at 5.) The Court finds that the total fee is reasonable given that it comports with the fee agreement, counsel's representation was effective, there was no undue delay, and the fee does not represent a windfall. (*See generally id.*) The Commissioner does not oppose the request or

the amount of fees. (Dkt. No. 30.)

Plaintiff's motion for attorney fees (Dkt. No. 28) is GRANTED. Defendant shall release the remaining fee owing of $34,430 minus any applicable processing fee to Plaintiff's attorney, Kevin Kerr. Counsel is DIRECTED to refund Plaintiff $7,332.30, the amount in attorney fees paid to Mr. Kerr under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Dkt. No. 27.)

DATED this 18th day of June 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE